IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 322-011-7 |
| | * | |
| ANTHONY MONTGOMERY | * | |

## O R D E R

The Government has moved to dismiss the Indictment filed against Anthony Montgomery in the captioned matter. Upon consideration and pursuant to Federal Rule of Criminal Procedure 48(a), the amended motion to dismiss (doc. no. 489) is **GRANTED**.[1] The Indictment is **DISMISSED WITHOUT PREJUDICE** with respect to Anthony Montgomery.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of August, 2023.

*/s/ Dudley H. Bowen, Jr.*
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to **TERMINATE** the original motion to dismiss (doc. no. 483).